IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN EDWARD REDIC, JR., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:11-CV-2507-L (BK)** |
| | § | |
| ANGELE R. BANKS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 23, 2012, recommending that the action be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff John Edward Redic, Jr. ("Redic"), who is proceeding *pro se*, filed what appears to be objections to the Report on February 1, 2012. Redic's objections are an indecipherable compilation of nonsensical words that refer to a number of seemingly unrelated events and public officials, including president Barack Obama and former president George W. Bush. The court therefore determines after reviewing the pleadings, file, and record in this case, that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **overrules** Redic's objections and **dismisses with prejudice** this action as frivolous.

**It is so ordered** this 7th day of February, 2012.

Sam A. Lindsay
United States District Judge

Order – Solo Page